660 A.2d 24

COMMONWEALTH of Pennsylvania, PENNSYLVANIA STATE POLICE, Respondent,

v.

PENNSYLVANIA STATE TROOPERS ASSOCIATION and Raymond Rivera, Petitioners.

Supreme Court of Pennsylvania.

June 13, 1995.

## ORDER

PER CURIAM:

AND NOW, this 13th day of June, 1995, the Petition for Allowance of Appeal is granted and the Order of the Commonwealth Court at No. 1988 C.D.1993 dated February 7, 1994, is vacated; and this case is remanded to the Commonwealth Court for reconsideration in light of our decision in *Pennsylvania State Police v. Pennsylvania State Troopers' Association, Trooper James Betancourt*, 540 Pa. 66, 656 A.2d 83 (1995).

MONTEMURO, J., is sitting by designation.